# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WILSON, DAVID § Case No. 12-44855-BWB
WILSON, JOANNE §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/25/2014 in Courtroom         , United States Courthouse, 150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 03/17/2014   By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: WILSON, DAVID | § | Case No. 12-44855-BWB |
| WILSON, JOANNE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,908.09 |
| *and approved disbursements of* | $ 338.75 |
| *leaving a balance on hand of* [1] | $ 18,569.34 |
| **Balance on hand:** | $ 18,569.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 18,569.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,640.81 | 0.00 | 2,640.81 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,306.30 | 0.00 | 1,306.30 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 35.01 | 0.00 | 35.01 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,982.12 |
| Remaining balance: | $ 14,587.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 14,587.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 14,587.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 182,890.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 3,356.51 | 0.00 | 267.71 |
| 2 | Amalgamated Bank | 4,077.38 | 0.00 | 325.21 |
| 3 | TOWN CENTER BANK | 175,456.79 | 0.00 | 13,994.30 |

Total to be paid for timely general unsecured claims: $ 14,587.22
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $        0.00
Remaining balance:  $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $        0.00
Remaining balance:  $        0.00

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-44855-BWB
David J. Wilson                                                 Chapter 7
Joanne M. Wilson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 2               Date Rcvd: Mar 18, 2014
                              Form ID: pdf006              Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2014.
```
db/jdb     +David J. Wilson,    Joanne M. Wilson,   9391 Bull Rush Circle,    Frankfort, IL 60423-1895
19683652   +Amalgamated Bank,    PO Box 1106,   Chicago, IL 60690-1106
19683653   #+Ameilia Wilson,    512 North McClurg Court,   Unit #4102,   Chicago, IL 60611-4123
19683654   +American Home Mtg Svci,    1525 S Belt Line Rd,   Coppell, TX 75019-4913
19683655   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
19683656   +Amexdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
19683657   #+Anne Maree Goudzwaard,    9004 Heydon Hall Circle,   Charlotte, NC 28210-6065
19683658   ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
19683659   +Bmo Harris Bank,    Po Box 94034,   Palatine, IL 60094-4034
19683660   +Bmo Harris Trust& Savi,    111 W Monroe St,   Chicago, IL 60603-4095
19683661   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
20048460    Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
19683662   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19683663   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19683665    Consecofin,    345 St Peter/900 Landmk,   Saint Paul, MN 55102
19683666   +Contrysde Bk,    6734 Joliet Rd,   Countryside, IL 60525-4515
19683667   +Corporate Collections,    P.O. Box 2882,   Scottsdale, AZ 85252-2882
19683668   #+David Wilson, Sr.,    512 North McClurg Court,   Unit #4102,   Chicago, IL 60611-4123
19683669   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Fifth Third Center,   Cincinnati, OH 45263)
19683670   +First Comm Bank Of Pla,    14150 S Route 30,   Plainfield, IL 60544-5532
19683672   +Franciscan,    2434 Interstate Plaza Drive,   Suite 2,   Hammond, IN 46324-2947
19683673    Fth3rd Bk,    P.O. Box 2306,   Cincinnati, OH 45201-2306
19683680   +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
19683681   +Hsbc/Bose,    90 Christiana Rd,   New Castle, DE 19720-3118
19683683   +Hsbc/Carsn,    Po Box 15521,   Wilmington, DE 19850-5521
19683684   +Hsbc/Rhode,    1405 Foulk Road,   Wilmington, DE 19803-2769
19683685   +Hsbc/Rs,    90 Christiana Rd,   New Castle, DE 19720-3118
19683686   +Hsbc/Sony,    90 Christiana Rd,   New Castle, DE 19720-3118
19683687   +Hsbc/Wicks,    90 Christiana Rd,   New Castle, DE 19720-3118
19683688   +Illinois Department of Revenue,    Bankruptcy Section,   PO Box 64338,    Chicago, IL 60664-0338
19683690   +Ist Unitd Bk,    700 Exchange Pob 400,   Crete, IL 60417-0400
19683692   +Jjill/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
19683693   +Keybank Na,    Po Box 94825,   Cleveland, OH 44101-4825
19683696   +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
19683697   +Michael A. Pascarella,    Wennlund & Associates,   19235 Wolf Road,    Mokena, IL 60448-2062
19683698   +Nbgl-Carsons,    140 W Industrial Dr,   Elmhurst, IL 60126-1602
19683699   +Rnb-Fields3,    Po Box 9475,   Minneapolis, MN 55440-9475
19683700   #+Robert Goudzwaard,    9004 Heydon Hall Circle,   Charlotte, NC 28210-6065
19683701   +Sears/Cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
19683704   +Thd/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
20403589    Town Center Bank,    1838 East Lincoln Avenue, Suite 1940,    New Lenox, IL 60451
19683705   +Town Center Bank,    Timothy J. McGonegle,   180 N. Stetson Ave.,    Ste. 1940,
               Chicago, IL 60601-6750
19683706   +Town Center Bank,    20181 South LaGrange Road,   Frankfort, IL 60423-3102
19683707   +Toyota Motor Credit,    1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
19683709   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    Po Box 5227,   Cincinnati, OH 45201)
19683710   +Visdsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
19683711   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
19683712   +Wffinance,    800 Walnut St,   Des Moines, IA 50309-3504
19683713   +Wffnatbank,    Po Box 94498,   Las Vegas, NV 89193-4498
19683714   +Wfnnb/Ann Taylor,    Po Box 182273,   Columbus, OH 43218-2273
19683715   +Wfnnb/Gander Mountain,    Po Box 182789,   Columbus, OH 43218-2789
19683716   +Wfnnb/Ny&C,    220 W Schrock Rd,   Westerville, OH 43081-2873
19683717   +Zales/Cbna,    Po Box 9714,   Gray, TN 37615-9714
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19683674   +E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2014 01:43:50    G M A C,   15303 S 94th Ave,
               Orland Park, IL 60462-3825
19683675   +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:48:32    Gecrb/Dicks,   Po Box 1400,
               El Paso, TX 79948-1400
19683676   +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:48:32    Gecrb/Gap,   Po Box 981400,
               El Paso, TX 79998-1400
19683677    E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:50:22    Gecrb/Jcp,   Po Box 984100,
               El Paso, TX 79998
19683678   +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2014 01:50:23    Gecrb/Walmart,   Po Box 981400,
               El Paso, TX 79998-1400
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2              Date Rcvd: Mar 18, 2014
                              Form ID: pdf006              Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19683679     +E-mail/Text: ally@ebn.phinsolutions.com Mar 19 2014 01:43:50      Gmac,    200 Renaissance Ctr,
              Detroit, MI 48243-1300
19683689      E-mail/Text: cio.bncmail@irs.gov Mar 19 2014 01:44:11      Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
19683691     +E-mail/Text: ebnsterling@weltman.com Mar 19 2014 01:44:26      J.B. Robinson Jewelers,
              375 Ghent Rd,   Fairlawn, OH 44333-4601
19683694     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 19 2014 01:44:03       Kohls/Capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19683695     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 19 2014 01:44:04       Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19683703      E-mail/PDF: cbp@slfs.com Mar 19 2014 01:49:15      Springleaf Financial S,    600 N King St,
              Wilmington, DE 19801
19683702      E-mail/PDF: cbp@slfs.com Mar 19 2014 01:49:15      Springleaf Financial S,    600 N Royal Ave,
              Evansville, IN 47715
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19683671       Firstunbnk
19683682       Hsbc/Bstby
19683708*     +Toyota Motor Credit Co,    1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959
19683664    ##+Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
                                                                                   TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2014 at the address(es) listed below:
```
              Ariane Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              David C. Nelson    on behalf of Debtor David J. Wilson dcnelson@nelsonlawoffice.com,
               deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
              David C. Nelson    on behalf of Joint Debtor Joanne M. Wilson dcnelson@nelsonlawoffice.com,
               deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
              Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip Fornaro    on behalf of Joint Debtor Joanne M. Wilson philip@fornarolaw.com
              Philip Fornaro    on behalf of Petitioning Creditor Amy  Wilson philip@fornarolaw.com
              Philip Fornaro    on behalf of Debtor David J. Wilson philip@fornarolaw.com
              Thomas B Sullivan    on behalf of Accountant Alan  Lasko tsullivan@wfactorlaw.com,
               IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Thomas B Sullivan    tsullivan@wfactorlaw.com,    IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              William J Factor    on behalf of Trustee Thomas B Sullivan wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;wfactor@ecf.inforuptcy
               .com
                                                                                              TOTAL: 11
```