**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WILSON, DAVID           § Case No. 12-44855-BWB
       WILSON, JOANNE          §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $323,110.00                    Assets Exempt: $33,931.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,587.22      Claims Discharged
                                                  Without Payment: $168,303.46

Total Expenses of Administration: $4,320.87

---

   3) Total gross receipts of $ 18,908.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,908.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,320.87 | 4,320.87 | 4,320.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 182,890.68 | 182,890.68 | 14,587.22 |
| **TOTAL DISBURSEMENTS** | $0.00 | $187,211.55 | $187,211.55 | $18,908.09 |

4) This case was originally filed under Chapter 7 on November 12, 2012. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2014        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 240 EAST ILLINOIS, UNIT 2605, CHICAGO | 1110-000 | 18,908.09 |
| **TOTAL GROSS RECEIPTS** | | **$18,908.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,640.81 | 2,640.81 | 2,640.81 |
| Alan D. Lasko | 3410-000 | N/A | 1,306.30 | 1,306.30 | 1,306.30 |
| Alan D. Lasko | 3420-000 | N/A | 35.01 | 35.01 | 35.01 |
| Rabobank, N.A. | 2600-000 | N/A | 20.29 | 20.29 | 20.29 |
| Rabobank, N.A. | 2600-000 | N/A | 26.25 | 26.25 | 26.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 28.93 | 28.93 | 28.93 |
| Rabobank, N.A. | 2600-000 | N/A | 27.98 | 27.98 | 27.98 |
| Rabobank, N.A. | 2600-000 | N/A | 25.24 | 25.24 | 25.24 |
| Rabobank, N.A. | 2600-000 | N/A | 29.70 | 29.70 | 29.70 |
| Rabobank, N.A. | 2600-000 | N/A | 26.96 | 26.96 | 26.96 |
| Rabobank, N.A. | 2600-000 | N/A | 26.03 | 26.03 | 26.03 |
| Rabobank, N.A. | 2600-000 | N/A | 29.58 | 29.58 | 29.58 |
| Rabobank, N.A. | 2600-000 | N/A | 25.05 | 25.05 | 25.05 |
| Rabobank, N.A. | 2600-000 | N/A | 29.49 | 29.49 | 29.49 |
| Rabobank, N.A. | 2600-000 | N/A | 27.66 | 27.66 | 27.66 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 15.59 | 15.59 | 15.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,320.87 | $4,320.87 | $4,320.87 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,356.51 | 3,356.51 | 267.71 |
| 2 | Amalgamated Bank | 7100-000 | N/A | 4,077.38 | 4,077.38 | 325.21 |
| 3 | TOWN CENTER BANK | 7100-000 | N/A | 175,456.79 | 175,456.79 | 13,994.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $182,890.68 | $182,890.68 | $14,587.22 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-44855-BWB  **Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** WILSON, DAVID  **Filed (f) or Converted (c):** 11/12/12 (f)
WILSON, JOANNE  **§341(a) Meeting Date:** 12/13/12
**Period Ending:** 06/11/14  **Claims Bar Date:** 04/29/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 240 EAST ILLINOIS, UNIT 2605, CHICAGO | 143,100.00 | 0.00 | | 18,908.09 | FA |
| 2 | 9391 BULL RUSH CIRCLE, FRANKFORT, IL | 270,000.00 | 0.00 | | 0.00 | FA |
| 3 | CASH | 100.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING AT HARRIS | 10.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 600.00 | 0.00 | | 0.00 | FA |
| 7 | JEFF WILLIAMS A/R | 30,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2011 TOYOTA TACOMA | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2008 TOYOTA YARIS | 2,000.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets** **Totals** (Excluding unknown values) | **$466,210.00** | **$0.00** | | **$18,908.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

MOTION SCHEDULED TO APPROVE SALE OF INTEREST OF REAL ESTATE SET FOR 2/1/13; INVESTIGATING A/R FROM JEFF WILLIAMS; ACCOUNTANT EMPLOYED; TAX RETURNS HAVE BEEN FILED; RESOLVING CLAIM ISSUE; FINAL SUBMITTED TO US TRUSTEE'S OFFICE ON MARCH 17, 2014

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014   **Current Projected Date Of Final Report (TFR):**   March 17, 2014  (Actual)

Printed: 06/11/2014 01:25 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-44855-BWB  
**Case Name:** WILSON, DAVID  
WILSON, JOANNE  
**Taxpayer ID #:** **-***0571  
**Period Ending:** 06/11/14  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/13 | {1} | FIRST AMERICAN TITLE INS CO | SALE OF REAL ESTATE | 1110-000 | 21,420.66 | | 21,420.66 |
| 02/20/13 | 101 {1} | DAVID & AMELIA WILSON | REFUND TO JOINT OWNER OF OVERPAYMENT | 1110-000 | -2,512.57 | | 18,908.09 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.29 | 18,887.80 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.25 | 18,861.55 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.93 | 18,832.62 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.98 | 18,804.64 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.24 | 18,779.40 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.70 | 18,749.70 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.96 | 18,722.74 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.03 | 18,696.71 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.58 | 18,667.13 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.05 | 18,642.08 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.49 | 18,612.59 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.66 | 18,584.93 |
| 02/03/14 | 102 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #12-44855, BOND#016026455 | 2300-000 | | 15.59 | 18,569.34 |
| 04/29/14 | 103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,640.81, Trustee Compensation; Reference: | 2100-000 | | 2,640.81 | 15,928.53 |
| 04/29/14 | 104 | Alan D. Lasko | Dividend paid 100.00% on $1,306.30, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,306.30 | 14,622.23 |
| 04/29/14 | 105 | Alan D. Lasko | Dividend paid 100.00% on $35.01, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 35.01 | 14,587.22 |
| 04/29/14 | 106 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $3,356.51; Claim# 1; Filed: $3,356.51; Reference: | 7100-000 | | 267.71 | 14,319.51 |
| 04/29/14 | 107 | Amalgamated Bank | Dividend paid 7.97% on $4,077.38; Claim# 2; Filed: $4,077.38; Reference: | 7100-000 | | 325.21 | 13,994.30 |
| 04/29/14 | 108 | TOWN CENTER BANK | Dividend paid 7.97% on $175,456.79; Claim# 3; Filed: $175,456.79; Reference: | 7100-000 | | 13,994.30 | 0.00 |

|  |  |  | ACCOUNT TOTALS | | 18,908.09 | 18,908.09 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers | | 0.00 | 0.00 | |
|  |  |  | **Subtotal** | | 18,908.09 | 18,908.09 | |
|  |  |  | Less: Payments to Debtors | | | 0.00 | |
|  |  |  | **NET Receipts / Disbursements** | | **$18,908.09** | **$18,908.09** | |

{} Asset reference(s)

Printed: 06/11/2014 01:25 PM V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-44855-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WILSON, DAVID | | Bank Name: | Rabobank, N.A. |
| | WILSON, JOANNE | | Account: | ******5866 - Checking Account |
| Taxpayer ID #: | **-***0571 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/11/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   18,908.09

Net Estate :   $18,908.09

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******5866 | 18,908.09 | 18,908.09 | 0.00 |
| | $18,908.09 | $18,908.09 | $0.00 |

{} Asset reference(s)

Printed: 06/11/2014 01:25 PM    V.13.15